FILED
OCT 13 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA )
)
v. )
)
MARK W. CHRISTIANSEN, )
Defendant. )
)

Case No: 2:26 MJ 324
Court Date: October 16, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation Notice E1373093

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 27, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MARK W. CHRISTIANSEN, did unlawfully drive and operate a motor vehicle while under the influence of alcohol, and with a blood alcohol concentration of at least .08 grams per 210 liters of breath, but not more than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .08 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

Todd. W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

_______________________________
Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

October 13, 2026

Date